JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROY WINTERS, | CV 23-9808 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WEST OAKS HOUSING LLC, et al., | |
| Defendants. | |

Pursuant to the Court's February 8, 2024 Minute Order, which dismissed the claims asserted by plaintiff David Roy Winters ("Plaintiff") against defendant Dennis P. Block, and the March 11, 2024 Minute Order, and April 15, 2024 Minute Order, which dismissed the federal claim asserted against defendants West Oaks Housing LLC, West Oaks Housing Owners, and David Nemanpour (collectively the "West Oaks Defendants"), and declined to exercise supplemental jurisdiction over the remaining state law claims asserted by Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Dennis P. Block and that Plaintiff's federal Fair Housing Act claim against the West Oaks Defendants is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims

asserted against the West Oaks Defendants, and that those claims are dismissed without prejudice. See 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing on their federal claims and that Dennis P. Block shall have his costs of suit.

IT IS SO ORDERED.

DATED: April 15, 2024

                                           Percy Anderson
                                  UNITED STATES DISTRICT JUDGE